*February 15, 1946.*

DORSHA, Respondent, vs. DORSHA, Appellant.

For the appellant: *Cashin & Dunn* of Stevens Point.

For the respondent: *Fisher, Reinholdt & Peickert* of Stevens Point.

*By the Court.*—That part of judgment appealed from is affirmed.

ESTATE OF PARDEE: WENTINK, Claimant, Appellant, vs. PARDEE, Administrator, Respondent.

For the appellant: *Catlin & Catlin* of Appleton.

For the respondent: *Joseph Witmer* of Appleton.

*By the Court.*—Order affirmed.